# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

160876 & (36)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

KALAMAZOO TRANSPORTATION
ASSOCIATION, MEA/NEA, and TIM RUSS,
     Plaintiffs-Appellees/
     Cross-Appellants,

v

KALAMAZOO PUBLIC SCHOOLS,
     Defendant-Appellant/
     Cross-Appellee.

SC: 160876
COA: 349031
Kalamazoo CC: 2018-000530-CZ

_____/

     On order of the Court, the application for leave to appeal the December 17, 2019 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     ZAHRA, J. (*dissenting*). I would grant leave to appeal to consider whether the Court of Appeals correctly interpreted "education records," 20 USC 1232g(a)(4)(A)(i) and (ii).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020



Clerk

p1118